IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MINDY JOYNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAL-MART ASSOCIATES, INC., )<br>et al., )<br>)<br>Defendants. ) | CASE NO. 1:23-CV-542-KFP |

**FINAL JUDGMENT**

It is ORDERED and ADJUDGED that this case is DISMISSED in accordance with the Memorandum Opinion and Order entered by the Court on April 23, 2024.

The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 23rd day of April, 2024.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE